

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00194-CV

AN LUXURY IMPORTS, LTD., D/B/A BMW OF DALLAS, INC., AN LUXURY IMPORTS GP, LLC, AND UNITED STATES WARRANTY CORP., Appellants

V.

D. SCOTT SOUTHALL, Appellee

Appeal from the 295th District Court of Harris County. (Tr. Ct. No. 2014-33551).

**TO THE 295TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 1st day of October 2015, the case upon appeal to revise or to reverse your order was determined. This Court made its order in these words:

This case is an appeal from the trial court's denial of the appellant's motion to compel arbitration, signed on February 9, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order. Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for further proceedings.

The Court **orders** that the appellee, D. Scott Southall, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 1, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle.  Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 11, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

